JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM LEE STEWART, JR. | ) Case No. CV 16-7396-JFW(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DEBBIE ASUNCION, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: March 1, 2017

_____
John F. Walter
United States District Judge